PROB 35

# ORDER TERMINATING SUPERVISED RELEASE
## PRIOR TO EXPIRATION DATE





NOV 1 0 2005

CLERK, U. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY C____

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 1:00CR05209-15 OWW |
| ) | |
| Salem Yacoub GRAIR ) | |

On February 11, 2002, the above-named was placed on supervised release for a period of three years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Melinda Peyret

**Melinda S. Peyret**
**United States Probation Officer**

Dated:      November 3, 2005
            Fresno, California


REVIEWED BY:      /s/ Bruce Vasquez
                  **BRUCE A. VASQUEZ**
                  **Supervising United States Probation Officer**

Re:  **GRAIR, Salem Yacoub**
     **Docket Number:  1:00CR05209-15 OWW**
     **ORDER TERMINATING SUPERVISED RELEASE**
     **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

_11-8-05_          _[signature]_

**Date**            **Oliver W. Wanger**
                    **United States District Judge**

MSP:mb
Attachment:  Recommendation
cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office

Rev. 03/2005
PROB35.MRG