PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:00CR05209-15 OWW** |
| ) | |
| **Salem Yacoub GRAIR** ) | |
| ) | |

On February 11, 2002, the above-named was placed on supervised release for a period of three years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Melinda Peyret

**Melinda S. Peyret
United States Probation Officer**

Dated:   November 3, 2005
         Fresno, California


**REVIEWED BY:**   /s/ Bruce Vasquez
                  **BRUCE A. VASQUEZ
                  Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

Re:   **GRAIR, Salem Yacoub**
      **Docket Number:   1:00CR05209-15 OWW**
      **ORDER TERMINATING SUPERVISED RELEASE**
      <u>**PRIOR TO EXPIRATION DATE**</u>

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

| | |
|---|---|
| November 17, 2005 | /s/ Oliver W. Wanger |
| **Date** | **Oliver W. Wanger** |
| | **United States District Judge** |

MSP:mb
Attachment:   Recommendation
cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office